UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| LUIS & SANDRA BELTRAN | 05-71255-M-13 |
| DEBTORS | |

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Friday, Oct 14, 2005.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Checks to the party below have not cleared within 90 days.

   FORUM
   6808 WEST AVENUE
   SAN ANTONIO, TX  78213

5. As a result, funds owed to the creditor in the amount of $16.82 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, May 26, 2011

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:  CHAPTER 13 PROCEEDING:
LUIS & SANDRA BELTRAN  05-71255-M-13
DEBTORS

CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on May 26, 2011, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee

LUIS AND SANDRA BELTRAN
PO BOX 52968
MCALLEN, , TX  78505

THE STONE LAW FIRM PC (M)
4900 N 10TH ST  STE A-2
NORTHTOWNE CENTRE
MCALLEN, TX  78504

FORUM
6808 WEST AVENUE
SAN ANTONIO, TX  78213